**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs. | § | 1:18-cr-00250 |
| | § | |
| LUIS EDUARDO MARTINEZ, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S OBJECTION TO PSI (DOC #133)

COMES NOW Defendant, **LUIS EDUARDO MARTINEZ**, by and through his CJA Attorney, Buzz Jordan, and objects to the PSI, Document #133, as follows:

1. Paragraph #7 - Defendant did not "serve as the leader of the crew". Defendant objects to the entirety of paragraph 7;

2. Paragraph #8 – Defendant never discussed sinking the vessel;

3. Paragraph #10 – Defendant did not communicate with other co-conspirators and was not ultimately responsible for the delivery to the delivery point;

4. Paragraph #11 – Defendant objects to the 2-level enhancement for leadership role;

5. Paragraph #21 – Defendant objects to the 2-level enhancement as a leader; and,

6. Defendant's counsel has discussed these objections with USPO, Melissa Rankin.

Respectfully Submitted,

/s/ Buzz Jordan
Buzz Jordan
Attorney for Defendant

OF COUNSEL:
BUZZ JORDAN, P.C.
1111 Dauphin Street
Mobile, AL 36604
buzz@rossandjordan.com

## CERTIFICATE OF SERVICE

I certify that on March _23rd__, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

AUSA George May                                    USPO Melissa Rankin
United States Attorney's Office                    201 St Michael St # 2,

63 So. Royal Street, Suite 600  
Mobile, Alabama 36602

Mobile, AL 36602

/s/ Buzz Jordan
Buzz Jordan