# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America
v.
LUIS MONTENEGRO-MARTINEZ

Case No: 1:18-cr-250-TFM
USM No: 41016-018

Date of Original Judgment: 06/23/2020
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Defendant recieved 3 Criminal History points under a Chapter 4, Part A, and did not receive any status points. As such, the provisions of Amendment 821 do not apply to the Defendant.

Except as otherwise provided, all provisions of the judgment dated 11/03/2008 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 03/18/2024

/s/Terry F. Moorer
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terry F. Moorer, United States District Judge
*Printed name and title*